IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PRINCE MIGUEL ISMAEL,

    Plaintiff,

v.

C. PETERS, et al.,

    Defendants.

Case No. 2:13-cv-02258-AC

ORDER

HERNANDEZ, Judge.

IT IS ORDERED that Plaintiff's Voluntary Motion to Dismiss (#51) is GRANTED, and this action is DISMISSED, without prejudice. All pending motions are denied as moot.

IT IS SO ORDERED.

DATED this **14** day of October, 2014.

                                            /s/ Marco A. Hernandez
                                            Marco A. Hernandez
                                            United States District Judge

1 - ORDER -